[Cite as *King v. Dept. of Rehab. & Corr.*, 2010-Ohio-3931.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

CHARLES DAVID KING, JR.

    Plaintiff

    v.

DEPARTMENT OF REHABILITATION AND CORRECTION

    Defendant

    Case No. 2009-08004-AD

Deputy Clerk Daniel R. Borchert

<u>MEMORANDUM DECISION</u>

## FINDINGS OF FACT

**{¶ 1}** 1) Plaintiff, Charles David King, Jr., an inmate incarcerated at defendant's Warren Correctional Institution (WCI), filed this action alleging WCI staff destroyed his stamped envelope in August 2009. Plaintiff seeks damage recovery in the amount of $.49, the replacement cost of the stamped envelope. Payment of the filing fee was waived.

**{¶ 2}** 2) On March 15, 2010, defendant filed an investigation report admitting liability for the cost of a postage stamp and envelope.

## CONCLUSIONS OF LAW

**{¶ 3}** 1) Defendant is liable to plaintiff for property loss in the amount of $.49.



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

CHARLES DAVID KING, JR.

     Plaintiff

     v.

DEPARTMENT OF REHABILITATION AND CORRECTION

     Defendant

     Case No. 2009-08004-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF ADMINISTRATIVE
DETERMINATION


Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, judgment is rendered in favor of plaintiff in the amount of $.49. Court costs are assessed against defendant.



                                  DANIEL R. BORCHERT
                                  Deputy Clerk

Entry cc:

Charles David King, Jr., #599-359      Gregory C. Trout, Chief Counsel
P.O. Box 120                          Department of Rehabilitation
Lebanon, Ohio  45036             770 West Broad Street
                                    Columbus, Ohio  43222

RDK/laa
Filed 4/15/10

Sent to S.C. reporter 8/20/10